**Order filed March 19, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00216-CV
_____

**JAY H. COHEN, INDIVIDUALLY AND AS TRUSTEE OF THE JHC TRUST I AND II, Appellant**

**V.**

**NEWBISS PROPERTY, L.P., Appellee**

---

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2010-20973A**

---

## ORDER

This is an appeal from a judgment signed February 8, 2013. Related cases were previously filed in the Court of Appeals for the First District of Texas under case numbers 01-10-00804-CV and 01-11-00544-CV.

It is ORDERED that the appeal docketed under this court's appellate cause number 14-13-00216-CV is transferred to the Court of Appeals for the First District of Texas pursuant to Local Rule 1.5. 14th Tex. App. (Houston) Loc. R.

1.5.  The Clerk of this Court is directed to transfer all papers filed in the case, and certify all Orders made, to the Court of Appeals for the First District of Texas.

PER CURIAM